CAUSE NO. 14-049-CCL

Filed: 9/15/2015 5:29:24 PM
Susan Jackson
District Clerk
Kendall County, Texas

| | | |
|---|---|---|
| ALICE IRVING | § | IN THE COUNTY COURT IN |
| | § | 4th COURT OF APPEALS |
| VS. | § | AT LAW   SAN ANTONIO, TEXAS |
| | § | 10/1/2015 7:04:37 AM |
| CHURCH OF CHRIST BOERNE, TEXAS | § | KEITH E. HOTTLE |
| A/K/A BOERNE CHURCH OF CHRIST | § | Clerk   KENDALL COUNTY, TEXAS |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW ALICE IRVING, Plaintiff in the above styled and numbered cause, and gives this written Notice of Appeal to the Court of Appeals of the State of Texas from the Order and findings therein rendered against it.

Respectfully submitted,

HAYDEN & CUNNINGHAM, PLLC
Attorneys at Law
7750 Broadway
San Antonio, Texas 78209
Telephone (210) 826-7750
Facsimile   (210) 822-0916

By:_____

DAVID L. CUNNINGHAM
State Bar No. 00787314
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument has been forwarded by via facsimile, on the 15th day of September, 2015 to the following:

Matthew J. Swantner                      Via Facsimile (210) 242-4667
Jeffrey T. Harvey
Jackson Walker, L.L.P.
112 East Pecan Street, Suite 2400
San Antonio, Texas 78205

_____
DAVID L. CUNNINGHAM

8753-000 Notice of Appeal & Request for Transcript.wpd